**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE ORLANDO SARAVIA GAITAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2125-KC** |
| | § | |
| **WARDEN, EL PASO PROCESSING CENTER, et al.** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Jose Orlando Saravia Gaitan's Petition for a Writ of Habeas Corpus, ECF No. 1. On August 24, 2026, the Court ordered Respondents by no later than September 1, 2026, to either (1) provide Saravia Gaitan with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Aug. 24, 2026, Order 4, ECF No. 5. Respondents now inform the Court that, on August 4, 2026, an IJ denied bond, finding Saravia Gaitan to be a danger to the community. Status Report, ECF No. 6; *see id*. Ex. A ("IJ Order"), ECF No. 6-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Aug. 24, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED.**

**SIGNED this 3rd day of September, 2026.**

**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**